AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

BONIFACIO DOMINGUEZ-MUNOZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _08cr2873-BTM_

    I, <u>BONIFACIO DOMINGUEZ-MUNOZ</u>, the above named defendant, who is accused of the

committing the following offense:

    Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _8/28/08_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Bonifasio Dominguez_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

FILED

AUG 28 2008

CLERK, DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY